LONG ISLAND LAUNDERERS, INC., Respondent, v. ALFRED ANDREWS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave

* See *post*, p. 854.— [REP.

to appeal to the Court of Appeals denied, without costs. Motion for stay denied, without costs. Present — Lazansky, P..J., Rich, Young, Kapper and Scudder, JJ.